**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DIAMONIQUE REESE,** | : | **Case No. 2:24-cv-3644** |
| **Plaintiff,** | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | **MAGISTRATE JUDGE JOLSON** |
| **SPRING BANG ENTERPRISES, LLC, d/b/a WOODY'S WING HOUSE, LLC** | : | |
| **Defendant.** | : | |

## OPINION & ORDER

On February 10, 2025, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 17), recommending that Plaintiff's claims be **DISMISSED** for failure to prosecute under Rule 41(b). (*Id.*). Plaintiff's objection was due by February 24, 2025. Plaintiff was specifically advised of her right to object to the Report and Recommendation within fourteen days and of the consequences of failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's Complaint is hereby **DISMISSED**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 5, 2026**